**EXHIBIT 3**

**Termination Letter**
**April 29, 2025**

**(1-page)**

NC STATE
UNIVERSITY

Office of the Executive
Vice Chancellor & Provost

Campus Box 7101
Raleigh, NC 27695-7101
P: 919.515.7624
provost@ncsu.edu

**Hand Delivered**

April 29, 2025

Ebony Peterson
4417 Wedgewood Drive
Raleigh, NC 27604

Dear Ebony:

Pursuant to NC State Policy 05.15.01, section 3.1, I am providing you with notice of the discontinuation of your "at will" employment as Finance Manager with the Commercial Leap Ahead for Wide Bandgap Semiconductors (CLAWS) Hub within the College of Engineering at NC State University. This discontinuation is effective thirty (30) days from the date of delivery of this letter.

You are not to report to work for the next thirty (30) days nor to conduct any business on behalf of CLAWS or NC State University without the consent of Dr. Bob Therrien, CLAWS Chief Technical Officer. You may choose: (a) to immediately discontinue your employment and receive a lump sum separation payment calculated on base salary; or (b) remain as an employee on paid administrative leave during the notice period, which allows you to continue to receive your base salary and current benefits. If you choose option (b) and subsequently accept employment with the State of North Carolina during the notification period, you should notify Dr. Therrien in writing immediately. Please let Dr. Therrien know of your preference no later than three (3) business days after the receipt of this letter. If no notification regarding the method of payment is received, you will remain on paid administrative leave for the notification period.

Please coordinate the return of all University assets and proprietary information (including keys, ID badge, University records and data, laptop computer, etc.) in your possession with Dr. Therrien or his designee upon receipt of this letter.

If you have any questions about your insurance and retirement contributions, please contact the University Benefits office directly at (919) 515-2151.

Thank you for your service to CLAWS and NC State University. I wish you the best in your future endeavors.

Sincerely,

Warwick A. Arden
Executive Vice Chancellor and Provost

cc: Jim Pfaendtner, Louis Martin-Vega Dean, College of Engineering
Bob Therrien, Chief Technical Officer, CLAWS Hub
Shannon Williams, Assistant Dean for Personnel and Administration, College of Engineering
Dan O'Brien, HR – Employee Relations